# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESTONE GROUP, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>STARBUCKS CORPORATION, dba STARBUCKS COFFEE COMPANY,<br><br>     Defendant. | Case No. 09-CV-1119 JM (BLM)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR STARBUCKS TO RESPOND TO COMPLAINT**<br><br>Doc. No. 5 |

On June 11, 2009, Plaintiff Crestone Group, LLC and Defendant Starbucks Corporation ("Starbucks") submitted a joint motion to extend the time for Starbucks to respond to the complaint. Based on the joint motion of the parties, and good cause appearing, the deadline for Starbucks to answer, move to dismiss, or otherwise respond to the complaint is **July 7, 2009**.

IT IS SO ORDERED.

DATED: June 11, 2009

_____
JEFFREY T. MILLER
United States District Judge