1  Callie A. Bjurstrom, State Bar No. 137816
   Andrea M. Kimball, State Bar No. 196485
2  James C. Danaher, State Bar No. 254652
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  600 West Broadway, Suite 2600
   San Diego, California 92101-3372
4  Telephone No.: 619.236.1414
   Fax No.: 619.232.8311
5
   Attorneys for Plaintiff Crestone Group, LLC
6

7  David T. Biderman, State Bar No. 101577
   Lauren Sliger, State Bar No. 213880
8  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
9  Los Angeles, CA 90067-1721
   Telephone No.: 310.788.9900
10 Fax No.: 310.788.3399

11 Attorneys for Defendant Starbucks Corporation dba
   Starbucks Coffee Company
12

13                    UNITED STATES DISTRICT COURT

14                   SOUTHERN DISTRICT OF CALIFORNIA

15 | CRESTONE GROUP, LLC,                | Case No. 09-CV-1119 JM (BLM)
16 |     Plaintiff,                      | **JOINT MOTION REGARDING ENTRY OF PROTECTIVE ORDER**
17 | v.                                  |
18 | STARBUCKS CORPORATION, dba          |
   | STARBUCKS COFFEE COMPANY,           |
19 |                                     |
   |     Defendant.                      |
20

21      WHEREAS, the parties have agreed to enter into a protective order regarding any confidential

22 and proprietary information that Defendant Starbucks Corporation dba Starbucks Coffee Company

23 files with the Court in support of its response to the Complaint;

24      WHEREAS, the parties have agreed, in the near future, to amend this protective order to

25 protect such proprietary and confidential information from improper use by the parties, from

26 competitors in the industry and from disclosure to third parties; however, due to filing deadlines the

27 parties need additional time to negotiate for a comprehensive protective order that will govern the

28 entire case;

1  WHEREAS, Plaintiff Crestone Group, LLC, and Defendant Starbucks Corporation dba
2  Starbucks Coffee Company have agreed, by and through their respective counsel, to protect the
3  confidentiality of such information; and
4  WHEREAS, good cause exists for entry of this protective order.

5  DATED: July 6, 2009    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

7  By: s/Jamie C. Danaher
   Jamie C. Danaher
8  Attorneys for Plaintiff Crestone Group, LLC

9  DATED: July 6, 2009    PERKINS COIE LLP

11 By: s/Lauren Sliger
   Lauren Sliger
12 Attorneys for Defendant Starbucks Corporation dba
   Starbucks Coffee Company

101176163.1