# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESTONE GROUP, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION, dba<br>STARBUCKS COFFEE COMPANY,<br><br>　　　　　　　　　　　Defendant. | CASE NO.  09 CV 1119 JM (BLM)<br><br>**ORDER GRANTING CRESTONE GROUP, LLC'S *EX PARTE* APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO STARBUCKS' PARTIAL MOTION TO DISMISS AND SUPPORTING DECLARATION** |

　　　　Pending before the Court is Starbucks Corporation's Partial Motion to Dismiss the Crestone Complaint, filed pursuant to Federal Rule of Civil Procedure 12(b)(6). This Court previously granted Starbucks' request to file its Partial Motion to Dismiss and Exhibit A to same under seal. Crestone likewise filed an *ex parte* application asking to file its Opposition to Starbucks' Partial Motion to Dismiss and the Declaration of Callie A. Bjurstrom, and exhibits, under seal. Having considered Crestone's *ex parte* application to file its Opposition Brief and the Bjurstrom Declaration and all exhibits under seal, and finding good cause therefore, the application is **GRANTED.**

DATED: August 4, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge