1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRESTONE GROUP, LLC, | Case No.  09-CV-1119 JM (BLM) |
| Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION TO FILE UNDER SEAL STARBUCKS CORPORATION'S REPLY TO PARTIAL MOTION TO DISMISS** |
| v. | |
| STARBUCKS CORPORATION, dba STARBUCKS COFFEE COMPANY, | Doc. No. 20 |
| Defendant. | |

Having considered Starbucks Corporation's Application to file under seal its Reply to Partial Motion to Dismiss, and finding good cause therefor, the application is **GRANTED**.

**IT IS SO ORDERED.**

DATED:   August 7, 2009

_____
JEFFREY T. MILLER
United States District Judge