UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESTONE GROUP, LLC, | Case No. 09-CV-1119 JM (BLM) |
| Plaintiff, | **ORDER GRANTING CRESTONE GROUP, LLC'S MOTION TO FILE UNDER SEAL ITS FIRST AMENDED COMPLAINT** |
| v. | |
| STARBUCKS CORPORATION, dba STARBUCKS COFFEE COMPANY, | Doc. No. 26 |
| Defendant. | |

Pending before the Court is Crestone's motion to file its First Amended Complaint under seal. Having considered the motion, and finding good cause, the motion is GRANTED. Crestone's First Amended Complaint shall be FILED UNDER SEAL.

**IT IS SO ORDERED.**

Dated: <u>September 16</u>, 2009

Jeffrey T. Miller
Judge of the United States District Court