1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESTONE GROUP, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STARBUCKS CORPORATION, dba<br>STARBUCKS COFFEE COMPANY,<br><br>　　　　　　Defendant. | Case No.  09-CV-1119 JM (BLM)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO FILE UNDER SEAL STARBUCKS CORPORATION'S ANSWER TO CRESTONE'S FIRST AMENDED COMPLAINT** |

　　　Having considered Starbucks Corporation's Application to file under seal its Answer to Crestone's First Amended Complaint, and finding good cause therefore, the application is **GRANTED**.

　　　**IT IS SO ORDERED.**

DATED:   October _5, 2009

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge