**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>CRESTONE</u>                  v. <u>STARBUCKS</u>                  No. <u>09-1119-JM(WVG)</u>

<u>HON. WILLIAM V. GALLO</u>    <u>CT. DEPUTY J. YAHL</u>           RPTR. _____

<u>Attorneys</u>

<u>Plaintiffs</u>                                    <u>Defendants</u>

Motion to Vacate Order Setting Settlement Conference (Doc. #43) is DENIED.

DATED: April 27, 2010

                                          Hon. William V. Gallo
                                          U.S. Magistrate Judge